The judgment of the trial court is reversed and the cause is remanded.

## AUSTIN v. STATE.
### No. 24776.

Court of Criminal Appeals of Texas.
May 24, 1950.

None on appeal for appellant.

A. C. Winborn, Crim. Dist. Atty., Houston, E. T. Branch, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Judge.

The conviction is for burglary. The penalty assessed is confinement in the penitentiary for a period of two years.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.